## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THE CENTER FOR INVESTIGATIVE REPORTING**<br><br>**v.**<br><br>**SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY** | **CIVIL ACTION**<br><br>**NO. 18-1839** |

## ORDER

Following an unrecorded telephone conference with counsel this date, and it appearing

that Plaintiff has already served certain discovery requests on Defendant which Plaintiff may

assert is relevant on its intention to file a motion for preliminary injunction, it is hereby

**ORDERED** as follows:

1.     Defendant is to serve its discovery, or a description of it, by close of business on

Monday, June 4, 2018,

2.     Counsel shall confer concerning the proposed discovery of each side promptly

3.     Counsel shall submit a joint, or if necessary, separate, letters to Chambers no later

than 4:00 p.m. on Wednesday, June 6, 2018 limited to two pages, double-spaced, summarizing

any discovery disputes

4.     The Court will have a hearing in Courtroom 3A on Thursday, June 7, 2018 at 9:30

a.m. to resolve any discovery disputes, and set a date for a hearing.

**BY THE COURT:**

**Dated:  June 1, 2018**                    **/s/ Michael M. Baylson**
                                                        **MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 18\18-1839 Ctr for Investig Reporting v SEPTA\18cv1839 order following telecon 06012018.doc