APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

The Center for Investigative Reporting
1400 65th St, Suite 200
Emeryville, CA 94608

v.

Southeastern Pennsylvania Transportation Authority
1234 Market Street
Philadelphia, PA 19107

: CIVIL ACTION
:
:
:
:
: NO. 18-cv-01839-MMB

ORDER

AND NOW, this 30th Day of July, 2018, it is hereby

ORDERED that the application of D. Victoria Baranetsky, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☒ GRANTED.

☐ DENIED.

Michael M. Baylson s/mmb
_____
                                    J.