# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING<br>1400 65th St., Suite 200<br>Emeryville, CA 94608,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY<br>1234 Market Street<br>Philadelphia, PA 19107,<br><br>　　　　　　　Defendant. | : CIVIL ACTION<br>:<br>:<br>: NO. 18-cv-01839-MMB<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## STIPULATED AND AMENDED SCHEDULING ORDER

On this date, July 26, 2018, Plaintiff The Center for Investigative Reporting ("CIR") and Defendant Southeastern Pennsylvania Transportation Authority ("SEPTA") stipulate and propose that the Court amend the Scheduling Order of June 7, 2018 (Dkt. 11) as follows:

　　Plaintiff CIR will file its motion for preliminary injunction on August 17, 2018.

　　Defendant SEPTA will file any opposition to CIR's motion on August 31, 2018.

　　Plaintiff CIR will file any reply in support of its motion on September 10, 2018.

　　The requirement that the parties file pre-hearing briefs by September 6, 2018, is stricken.

　　The Court will hold a hearing on Plaintiff CIR's motion on September 14, 2018 at 9:30 a.m. in Courtroom 3A.

HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER

By: /s/ *John S. Stapleton*
   John S. Stapleton
   Dylan J. Steinberg
   Rebecca S. Melley
One Logan Square, 27th Floor
Philadelphia, PA 19103
(215) 568-6200
jstapleton@hangley.com
dsteinbeg@hangley.com
rmelley@hangley.com

ACLU OF PENNSYLVANIA

By: /s/ *Molly Tack-Hooper*
   Mary Catherine Roper
   Molly Tack-Hooper
P.O. Box 60173
Philadelphia, PA 19102
(215) 592-1513
mroper@aclupa.org
mtack-hooper@aclupa.org

Brian Hauss
Jacob Hutt
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 548-2500
bhauss@aclu.org
jhutt@aclu.org
*Admitted pro hac vice*

Seth Kreimer (PA ID No. 26102)
3400 Chestnut Street
Philadelphia, PA 19104
(215) 898-7447
skreimer@law.upenn.edu

BUCHANAN INGERSOLL & ROONEY PC

By: /s/ *Maryellen Madden*
   Maryellen Madden
   John J. Powell
50 South 16th Street, Suite 3200
Philadelphia PA 19103
(215) 665-3800
maryellen.madden@bipc.com
john.powell@bipc.com

Gregory J. Krock
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219
(412) 562-3983
gregory.krock@bipc.com

*Attorneys for Defendant Southeastern Pennsylvania Transportation Authority*

D. Victoria Baranetsky
THE CENTER FOR INVESTIGATIVE
REPORTING
1400 65th Street, Suite 200
Emeryville, CA 94608
(510) 982-2890 ext. 390
vbaranetsky@revealnews.org
*Pending admission pro hac vice*

*Attorneys for Plaintiff The Center for
Investigative Reporting*

SO ORDERED this 31ST day of July 2018.

_____
The Honorable Michael M. Baylson
United States District Court Judge