## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| THE CENTER FOR INVESTIGATIVE REPORTING<br><br>v.<br><br>SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY | CIVIL ACTION<br><br>NO. 18-1839 |
|---|---|

## ORDER

AND NOW, this 25th day of September, 2018, upon review of Plaintiff's Motion for Preliminary Injunction (ECF 20), Defendant's response thereto (ECF 21), Plaintiff's Reply thereto (ECF 24), and Supplemental Memoranda (ECF 31 & 32), and for the reasons set out in the accompanying Memorandum, it is hereby ORDERED that Plaintiff's Motion is **DENIED** without prejudice.

BY THE COURT:

/s/ Michael M. Baylson

Michael M. Baylson, U.S.D.J

O:\CIVIL 18\18-1839 Ctr for Investig Reporting v SEPTA\18cv1839 Prelim Inj Order.docx