# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF PENNSYLVANIA

Center for Investigative Reporting

                  Plaintiff(s)

v.

SEPTA

                  Defendant(s)

**MOTION TO WITHDRAW AS COUNSEL OF RECORD WITHOUT SUBSTITUTION**

Case No: 2:18-cv-01839-MMB

FILED
OCT - 1
KATE...

---

The undersigned attorney hereby requests the Court and counsel that Jacob Hutt, currently listed as counsel of record for Plaintiff Center for Investigative Reporting wishes to withdraw as counsel for Plaintiff Center for Investigative Reporting in this case for the following reason(s): the undersigned attorney is no longer employed by the American Civil Liberties Union Foundation.

Dated: September 26, 2018

Jacob Hutt
jacob.hutt@law.nyu.edu

September 28, 2018

Office of the Clerk
U.S. District Court for the Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106



*Re: Center for Investigative Reporting v. SEPTA,*
*No. 2:18-cv-01839-MMB*

To Whom It May Concern:

Enclosed please find the notice of withdrawal of appearance for Jacob Hutt in the above-captioned case.

Sincerely,

*Nicola Morrow*

Nicola Morrow, Paralegal
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004

AMERICAN CIVIL LIBERTIES UNION

National Office
125 Broad Street,
18th Floor
New York, NY 10004
Tel (212) 549-2644
Fax (212) 549-2644
aclu.org

Susan N Herman
*President*

Anthony D Romero
*Executive Director*

Richard Zacks
*Treasurer*