# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING<br><br>v.<br><br>SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY | CIVIL ACTION<br><br>NO. 18-1839 |

## ORDER

**AND NOW** this 28th day of November, 2018, based on the foregoing Memorandum, it is hereby **ORDERED**:

Before entering a final judgment, the Court will require SEPTA to propose specific language, adding a "meet and confer" provision to its advertising standards, and agreeing to post the standards on its website. SEPTA shall draft and forward to Plaintiff's counsel, within ten (10) days, its proposal. CIR shall serve any comments to SEPTA within seven (7) days, and no later than December 19, 2018, the parties shall file either a joint proposed final judgment, or separate proposals for the Court's consideration.

**BY THE COURT:**

**/s/ Michael M. Baylson**

**MICHAEL M. BAYLSON, U.S.D.J.**