IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY,<br><br>Defendant. | :<br>:<br>:<br>:<br>:  CIVIL ACTION<br>:<br>:  NO. 18-cv-01839-MMB<br>:<br>:  (Judge Baylson)<br>:<br>:<br>:<br>: |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, The Center for Investigative Reporting, appeals to

the United States Court of Appeals for the Third Circuit from the Memorandum Opinion

(ECF 55) issued in this matter on November 28, 2018 and the subsequent Final Judgment &

Decree (ECF 59) entered on December 20, 2018.

Dated:  January 18, 2019

*/s/ Molly Tack-Hooper*
Molly Tack-Hooper
AMERICAN CIVIL LIBERTIES UNION OF PENNSYLVANIA
P.O. Box 60173
Philadelphia, PA 19102
(215) 592-1513 x 113
mtack-hooper@aclupa.org

John S. Stapleton
Robert Wiygul
HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER

One Logan Square, 27th Floor
Philadelphia, PA 19103
(215) 568-6200
jzs@hangley.com
raw@hangley.com

Brian Hauss, *pro hac vice*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 548-2500
bhauss@aclu.org

Seth Kreimer (PA ID No. 26102)
3400 Chestnut Street
Philadelphia, PA 19104
(215) 898-7447
skreimer@law.upenn.edu

D. Victoria Baranetsky, *pro hac vice*
THE CENTER FOR INVESTIGATIVE
REPORTING
1400 65th Street, Suite 200
Emeryville, CA 94608
(510) 982-2890 ext. 390
vbaranetsky@revealnews.org