UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 19-1170
_____

THE CENTER FOR INVESTIGATIVE REPORTING,
Appellant

v.

SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY
_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil Action No. 2-18-cv-01839)
District Judge: Hon. Michael M. Baylson
_____

Argued October 23, 2019

Before: GREENAWAY, JR., PORTER, and GREENBERG, *Circuit Judges*.
_____

JUDGMENT
_____

This cause came to be considered from the United States District Court for the Eastern District of Pennsylvania and was argued on October 23, 2019. On consideration whereof, it is now hereby **ORDERED** and **ADJUDGED** by this Court that the judgment of the District Court entered on December 20, 2018 is **VACATED** and **REMANDED.** Costs shall be taxed against the appellee. All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

DATED: September 14, 2020

Costs added hereto in favor of Appellant, The Center for Investigative Reporting as follows:

Brief..................................................$ 166.50
Appendix......................................... $ 807.60
Reply Brief …………………………..$   31.50
Docketing Fee ……………………….$ 500.00
Covers……………………………….$   40.00
Binding……………………………$   144.00

**Total..................................................$ 1689.60**

**Certified as a true copy and issued in lieu
of a formal mandate on** 12/08/2020

**Teste:** *Patricia A. Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**