UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY<br><br>　　　　　　Defendant. | :<br>:<br>:<br>: CIVIL ACTION<br>:<br>:<br>: NO. 18-cv-01839-MMB<br>:<br>:<br>:<br>:<br>:<br>: |

**STIPULATION AND ORDER FOR EXTENSION OF TIME**

Pursuant to the Stipulation and Order entered by the Court on January 6, 2021 (Dkt. 67), any petition by Plaintiff for attorney's fees and expenses is due by February 8, 2021.

The parties respectfully request that the Court extend Plaintiff's time to file a petition for attorney's fees and expenses for thirty (30) days, *i.e.*, until March 10, 2021.

| | |
|---|---|
| LEVAN MUHIC STAPLETON LLC | MONTGOMERY MCCRACKEN |
| By: /s/ *John S. Stapleton*<br>　　John S. Stapleton<br>One Liberty Place<br>1650 Market St., Suite 3600<br>Philadelphia, PA 19103<br>215.561.1500<br>jstapleton@levanmuhic.com | By: /s/ *Maryellen Madden*<br>　　Maryellen Madden<br>　　John J. Powell<br>1735 Market Street<br>Philadelphia, PA 19103<br>215.772.7214<br>mmadden@mmwr.com<br>jpowell@mmwr.com<br><br>*Attorneys for Defendant* |

HANGLEY ARONCHICK SEGAL PUDLIN
& SCHILLER

By: /s/ *Robert A. Wiygul*
Robert A. Wiygul
One Logan Square, 27th Floor
Philadelphia, PA 19103
215.568.6200
rwiygul@hangley.com

ACLU OF PENNSYLVANIA

By: /s/ *Mary Catherine Roper*
  Mary Catherine Roper
P.O. Box 60173
Philadelphia, PA 19102
215.592.1513
mroper@aclupa.org

*Attorneys for Plaintiff*


SO ORDERED this __5th__ day of February 2021. Plaintiff shall be allowed to file a petition for attorney's fees and expenses on or before March 10, 2021.


  s/ Michael M. Baylson
The Honorable Michael M. Baylson
United States District Court Judge