UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING | : <br> : <br> : <br> : CIVIL ACTION |
| Plaintiff, | : <br> : |
| v. | : NO. 18-cv-01839-MMB <br> : |
| SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY | : <br> : <br> : |
| Defendant. | : <br> : |

**STIPULATION AND ORDER FOR EXTENSION OF TIME**

Pursuant to the Stipulation and Order entered by the Court on February 8, 2021 (Dkt. 69), any petition by Plaintiff for attorney's fees and expenses is due by March 10, 2021.

Defendant SEPTA intends to file a petition for a writ of certiorari to the Supreme Court of United States from the United States Court of Appeals for the Third Circuit's decision of September 14, 2020. Defendant's deadline to file a petition for writ of certiorari is March 29, 2021.

The parties respectfully request that the Court extend Plaintiff's time to file a petition for attorney's fees and expenses until 30 days after (1) resolution of any petition by Defendant for a writ of certiorari seeking review of the judgment of the United States Court of Appeals for the Third Circuit in this action or (2) the expiration of time for Defendant to file a petition for a writ of certiorari, whichever is later.

| | |
|---|---|
| LeVAN MUHIC STAPLETON LLC | MONTGOMERY MCCRACKEN |
| By: /s/ John S. Stapleton <br> John S. Stapleton <br> One Liberty Place <br> 1650 Market St., Suite 3600 <br> Philadelphia, PA 19103 | By: /s/ Maryellen Madden <br> Maryellen Madden <br> John J. Powell <br> 1735 Market Street <br> Philadelphia, PA 19103 |

| | |
|---|---|
| 215.561.1500 | 215.772.7214 |
| jstapleton@levanmuhic.com | mmadden@mmwr.com |
| | jpowell@mmwr.com |

*Attorneys for Defendant*

HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER

By: /s/ Robert A. Wiygul
    Robert A. Wiygul
One Logan Square, 27th Floor
Philadelphia, PA 19103
215.568.6200
rwiygul@hangley.com

ACLU OF PENNSYLVANIA

By: /s/ Mary Catherine Roper
    Mary Catherine Roper
P.O. Box 60173
Philadelphia, PA 19102
215.592.1513
mroper@aclupa.org

*Attorneys for Plaintiff*

SO ORDERED this  10th  day of March 2021. Plaintiff shall be allowed to file a petition for attorney's fees and expenses within 30 days after (1) resolution of any petition for a writ of certiorari seeking review of the judgment of the United States Court of Appeals for the Third Circuit in this action or (2) the expiration of Defendant's time to file a petition for a writ of certiorari, whichever is later.

  s/ Michael M. Baylson
The Honorable Michael M. Baylson
United States District Court Judge