UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 19-1170

THE CENTER FOR INVESTIGATIVE REPORTING,
               Appellant

v.

SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY

(E.D. Pa. No. 2-18-cv-01839)

Present: GREENAWAY, JR., Circuit Judge

 Unopposed Motion by Appellant for Extension of Time to File Application for Fees and Costs until January 3, 2022

                  Respectfully,
                  Clerk/dwb

_____ORDER_____

The foregoing motion is granted.

                  By the Court,

                  s/Joseph A. Greenaway, Jr.
                  Circuit Judge

Dated: December 2, 2021
cc: Brian M. Hauss, Esq.
   Rebecca S. Melley, Esq.
   John S. Stapleton, Esq.
   Molly M. Tack-Hooper, Esq.
   Witold J. Walczak, Esq.
   Robert A. Wiygul, Esq.
   Kendra L. Baisinger, Esq.
   Robert E. Day, III, Esq.
   Maryellen Madden, Esq.
   John J. Powell, Esq.
   Stephen G. Harvey, Esq.
   Bruce D. Brown, Esq.
   James P. Davy, Esq.
   Gregory J. Krock, Esq.