# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING | : <br> : <br> : |
| Plaintiff, | : CIVIL ACTION <br> : |
| v. | : NO. 18-cv-01839-MMB <br> : |
| SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY | : <br> : <br> : |
| Defendant. | : |

**STIPULATION AND ORDER FOR EXTENSION OF TIME**

On October 4, 2021, the Supreme Court of the United States denied the petition for a writ of certiorari filed by Defendant SEPTA.

Pursuant to the Stipulation and Order entered by the Court on January 11, 2022 (Dkt. 75), any petition by Plaintiff for attorney's fees and expenses is due by February 3, 2022.

The parties remain engaged in negotiations regarding a potential resolution of Plaintiff's claim for attorney's fees and expenses. The parties respectfully request that the Court extend Plaintiff's time to file a petition for attorney's fees and expenses by 28 days until March 3, 2022. The additional time will allow for continuing negotiations by the parties and, if necessary, preparation of Plaintiff's petition for fees and expenses.

| | |
|---|---|
| LeVAN MUHIC STAPLETON LLC | MONTGOMERY MCCRACKEN |
| By: /s/ *John S. Stapleton*<br>John S. Stapleton<br>One Liberty Place<br>1650 Market St., Suite 3600<br>Philadelphia, PA 19103<br>215.561.1500<br>jstapleton@levanmuhic.com | By: /s/ *John J. Powell*<br>Maryellen Madden<br>John J. Powell<br>1735 Market Street<br>Philadelphia, PA 19103<br>215.772.7214<br>mmadden@mmwr.com<br>jpowell@mmwr.com<br><br>*Attorneys for Defendant* |

HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER

By: /s/ *Robert A. Wiygul*
Robert A. Wiygul
One Logan Square, 27th Floor
Philadelphia, PA 19103
215.568.6200
rwiygul@hangley.com

ACLU OF PENNSYLVANIA

By: /s/ *Witold J. Walczak*
Witold J. Walczak
P.O. Box 60173
Philadelphia, PA 19102
215.592.1513
vwalczak@aclupa.org

*Attorneys for Plaintiff*

SO ORDERED this 4th day of February 2022, Plaintiff shall be allowed to file a petition for attorney's fees and expenses on or before March 3, 2022.

/s/ MICHAEL M. BAYLSON
_____
The Honorable Michael M. Baylson
United States District Court Judge